# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MAURICE ANDERSON

NO. 2020 KW 0539

**SEPTEMBER 3, 2020**

---

In Re:    Maurice Anderson, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          1202751.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT DENIED.**

                           **JMM**
                           **MRT**
                           **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT